IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-00375-KC |
| | § | |
| UNITED HEALTH, LLC, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE**

Plaintiff, Brandon Callier ("Plaintiff"), and Defendant, United Health, LLC ("Defendant") (collectively, the "Parties") file this joint stipulation to extend Defendant's deadline to respond to Plaintiff's Original Complaint [Doc. 4]. The current deadline to respond is November 2, 2023. The Parties stipulate and agree to a thirty (30) day extension of the deadline, which will enable Defendant to fully and adequately respond to Plaintiff's Original Complaint, making the new deadline December 4, 2023.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 31, 2023

          Respectfully submitted,

          COZEN O'CONNOR, P.C.

          By: ___*/s/ Tyler M. Frankel*___
               Tyler M. Frankel
               State Bar Number: 24101767
               1717 Main Street, Sute 3100
               Dallas, Texas 75201
               Telephone: (214) 462-3000
               Facsimile: (214) 462-3299
               Email: tfrankel@cozen.com

**ATTORNEYS FOR DEFENDANT
UNITED HEALTH, LLC**

By: */s/Brandon Callier (w/ permission)*
      Brandon Callier, *pro se*
      6336 Franklin Trail
      El Paso, Texas 79912
      Telephone: (915) 383-4604
      Email: callier74@gmail.com

**PLAINTIFF,** *PRO SE*

**CERTIFICATE OF SERVICE**

     I hereby certify that I filed the above pleading through the Court's electronic filing system on October 31, 2023 and that the above pleading will be served on all counsel of record through the Court's electronic filing system.

Brandon Callier, *pro se*
6336 Franklin Trail
El Paso, Texas 79912
Telephone: (915) 383-4604
Email: callier74@gmail.com

PLAINTIFF, *PRO SE*

                                                 */s/ Tyler M. Frankel*
                                                 Tyler M. Frankel