**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| Brandon L Callier<br><br>                Plaintiff,<br>v.<br><br>UNIFIED HEALTH, LLC<br><br>                Defendant. | Case No. 3:23-cv-00375-KC<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this December 15, 2023.

                              */s/ Andrew Roman Perrong*
                              Andrew Roman Perrong (W.D. Tex. # 333687)
                              Perrong Law LLC
                              2657 Mount Carmel Avenue
                              Glenside, Pennsylvania 19038
                              Phone: 215-225-5529 (CALL-LAW)
                              Facsimile: 888-329-0305
                              a@perronglaw.com

                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

December 15, 2023

                              */s/ Andrew Roman Perrong*