# EXHIBIT 1

**Transcript of CXone Recording_Carol Ciula_2023-09-27**

| Speaker | Narrative |
| --- | --- |
| Carol | Thank you for calling. My name is Carol Ciula. I'm a licensed Medicare Plan Benefit Advisor on a recorded line with Unified Health and who do I have the pleasure of speak with today. |
| Brandon | My name is Brandon. |
| Carol | And how are you doing today Brandon? |
| Brandon | I'm good. I had a missed call from here. |
| Carol | Okay, alright, so we are calling to help with your Medicare benefits and also to help with additional benefits that are available to you. Now these benefits can include dental, vision, some of the benefits can also include a certain amount of money for food or help with utilities and I'll be glad to help with that today. Are those somethings that would be able to help you? |
| Brandon | Um, well, I think you may want to talk to my dad. He is the one with Medicare. I'm close to it, but I'm not quite there. Um, you said this is Unified Health? |
| Carol | Yes, I'm with Unified Health and I help with Medicare benefits. I'm with multiple carriers like Aetna, Humana, United Healthcare. |
| Brandon | Okay, can, um, he would just call back on what's a good number, call back number? |
| Carol | The good number to call me, my name is Carole Ciula and my direct number is 855 |
| Brandon | Okay |
| Carol | 931 |
| Brandon | Uh-huh |
| Carol | 0298 |
| Brandon | And there's no extension or anything? |
| Carol | No, that's my direct number. |

| Brandon | Well my dad is the one with Medicare.  He has a little job that he works.  He'll be here in about two hours and I will have him give you a call.  That was Carol, right? |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Carol   | Yes, that is correct. |
| Brandon | Okay, thank you Ms. Carol. |
| Carol   | Alright, you're welcome.  Bye. |