



Contact Us: 469-454-6418

carlton.tatum@aerotaxservices.com

# Tax Preparation and Financial Services for Individuals and Small Businesses

Appointment →

Contact Us →

🇺🇸 English

Case 3:23-cv-00375-KC   Document 16-8   Filed 12/27/23   Page 2 of 9



☰

📱 Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

 English





/isory
ns and

☐ Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

## Invoicing

Create, manage, and send invoices that a service-based business needs to send to clients to request payment for its services.



## Bookkeeping

Keeping records of financial transactions and preparing financial statements, such as balance sheets and income statements. In day-to-day operations, our bookkeepers ensure employees are filing invoices and expenses correctly and handling payroll.

🇺🇸 English



☰

# Aero Tax Services

Relationships. Relationships. Relationships.

We are a full service tax preparation and truly believe our business is built on the relationships we cultivate with our clients.

☐ Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

Our firm provides outstanding service to our clients because of our dedication to the three underlying principles of professionalism, responsiveness and business acumen.

We provide a variety of services including Income Tax Preparation for all types of businesses and individuals, invoicing, support and training, Business startup services, Monthly bookkeeping, Financial statements – making sure your financial records are timely and accurate.

Our continual investment of time and resources in professional continuing education, state-of-the-art computer technology, and extensive business relationships is indicative of our commitment to excellence.

🇺🇸 English



≡

individual

ies and

☐ Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

## OUR TEAM

🇺🇸 English





Contact Us: 469-454-6418

carlton.tatum@aerotaxservices.com



### Carlton Tatum

Owner/Manager (Cedar Hill location)
MBA



🇺🇸 English



☰

 Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

Last Name

Email

Subscribe

🇺🇸 English



☰

☐ Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

📍 **201 W Beltline Rd**
Cedar Hill, Texas 75104

📍 **10921 Pellicano Dr Suite #100**
El Paso, Texas 79935

# TAX EXPERTS HERE TO HELP

📱 469-454-6418

✉ carlton.tatum@aerotaxservices.com

Privacy Policy

 English



☰

📱 Contact Us: 469-454-6418

✉ carlton.tatum@aerotaxservices.com

 English