# Exhibit A

Results from query of National Caller ID Database

# CNAM Services Query

Enter a telephone number to receive the CNAM result...    Search

**Number Searched:** 2107624020
**CNAM Response:** SILVERSCRIPT