# Exhibit B

# Call Record Exerpts

| ID | Type | Name | Phone Number | Date | Duration | Location |
|---|---|---|---|---|---|---|
| 89 | Incoming | | 2107624020 | 2023-10-04 18:00:13 | 00:07 | San Antonio, TX |
| 284 | Outgoing | | 2107624020 | 2023-09-27 10:00:29 | 02:26 | San Antonio, TX |
| 285 | Incoming | | 2107624020 | 2023-09-27 09:59:43 | 00:11 | San Antonio, TX |
| 286 | Incoming | | 2107624020 | 2023-09-27 09:59:15 | 00:23 | San Antonio, TX |
| 545 | Incoming | | 2107624020 | 2023-09-15 14:36:53 | 00:26 | San Antonio, TX |
| 1145 | Incoming | | +12107624020 | 2023-08-25 11:31:35 | 00:08 | San Antonio, TX |
| 1598 | Incoming | | 2107624020 | 2023-08-11 12:08:44 | 00:03 | San Antonio, TX |