UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:23-CV-00375-KC |
| | ) | |
| UNIFIED HEALTH, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that attorney Tyler M. Frankel is hereby withdrawn as counsel for Defendant Unified Health LLC ("Unified Health") as Ms. Frankel is no longer affiliated with the law firm Cozen O'Connor.  Unified Health continues to be represented by the other attorneys who have filed appearances in this case, and Ms. Frankel's withdrawal will not affect any deadlines or cause any delay.

Respectfully Submitted By:


By: */s/ Rachel B. Soloman*
Rachel Bevans Soloman (admitted in W.D. Tex.)
COZEN O'CONNOR
3 World Trade Center
175 Greenwich Street
New York, NY 10007
rsoloman@cozen.com
*Counsel for Defendant Unified Health,*
*LLC*

## **CERTIFICATE OF SERVICE**

I, Rachel Soloman, an attorney, hereby certify that on **September 6, 2024**, a true and correct copy of the Notice of Withdrawal of Counsel was filed and served on all counsel of record.

_/s/ Rachel B. Soloman_
Rachel B. Soloman