**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON L CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-375-KC** |
| § | |
| **UNIFIED HEALTH, LLC,** § | |
| § | |
| Defendant. § | |

### ORDER

On this day, the Court considered the case. In its Scheduling Order, ECF No. 23, the Court ordered the parties to "participate in and complete a formal dispute resolution process by no later than March 7, 2025." *Id.* at 2. The Court further ordered the parties to "provide the Court with written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by no later than December 9, 2024." *Id.* This deadline has passed, and the parties have not provided the required information.

Accordingly, the Court **ORDERS** that the parties submit written notice listing the name and address of the dispute resolution provider and the date of the scheduled dispute resolution proceeding by **no later than December 24, 2024**.

**SO ORDERED**.

**SIGNED** this 10th day of December, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE