IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| BRANDON CALLIER<br><br>Plaintiff,<br><br>vs.<br><br>UNIFIED HEALTH, LLC<br><br>Defendant. | Case No. 3:23-cv-00375-KC |

### STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE

The parties hereby stipulate to dismiss these proceedings with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear their own costs.

Dated: December 30, 2024                    Respectfully submitted,


/s/ Andrew Roman Perrong
Andrew Roman Perrong (W.D. Tex. # 333687)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

COZEN O'CONNOR, P.C.
/s/ Rachel B. Soloman
Rachel B. Soloman (admitted pro hac vice)
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
rsoloman@cozen.com

*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 30th day of December, 2024.

By: <u>/s/ Andrew Roman Perrong</u>