IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON L CALLIER,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-23-CV-375-KC** |
| § | |
| **UNIFIED HEALTH, LLC,** § | |
| § | |
| Defendant. § | |

### ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 27. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 7th day of January, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE